No. 92–8346.  SHANNON v. UNITED STATES.  C. A. 5th Cir. [Certiorari granted, ante, p. 943.]  Motion for appointment of counsel granted, and it is ordered that Thomas R. Trout, Esq., of

New Albany, Miss., be appointed to serve as counsel for petitioner in this case.